# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE L. REVIS, | Case No. 1:15-cv-00378 DAD DLB PC |
| Plaintiff, | ORDER DENYING REQUEST FOR SCREENING |
| v. | [ECF No. 14] |
| RALPH N. DIAZ, et al., | |
| Defendants. | |

Plaintiff Andre L. Revis, a state prisoner proceeding pro se and in forma pauperis, filed an action in the Fresno County Superior Court on September 9, 2013, entitled *Revis v. Diaz, et al.*, No. 13CECG02836. On March 6, 2015, Defendants removed the action to federal court. On July 10, 2015, Plaintiff filed a First Amended Complaint in this Court pursuant to 42 U.S.C. § 1983. On June 17, 2016, the Court screened the First Amended Complaint and dismissed it with leave to amend for failure to state a claim. On July 11, 2016, Plaintiff filed a Second Amended Complaint.

On July 19, 2016, Defendants filed the instant request for screening. Defendants note that the Second Amended Complaint ("SAC") has been filed and request that it be screened according to 28 U.S.C. § 1915A(a). Defendants are advised that the Court is aware of the recently filed SAC; however, due to the scarcity of judicial resources there is a substantial backlog of cases, and the Court must first address those cases that have been pending the longest. The SAC filed in this case will be screened accordingly.

Based on the foregoing, it is HEREBY ORDERED that Defendant's request for screening is DENIED.

IT IS SO ORDERED.

   Dated: **July 22, 2016**              /s/ *Dennis L. Beck*
                                                 UNITED STATES MAGISTRATE JUDGE